PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Henry Arnaut  Cr.: 23-00453-001
PACTS #: 8361651

Name of Sentencing Judicial Officer:   THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/12/2023

Original Offense:   Count One: Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(C), a Class C felony
Count Two: Possession with Intent to Distribute Fentanyl, 21 U.S.C. § 841(a)(1) and (b)(1)(C), a Class C felony
Count Three: Possession of Ammunition by a Person who has been Convicted of a Crime Punishable by Imprisonment for Term Exceeding One Year, 18 U.S.C. § 922(g)(1) and 924(a)(2), a Class C felony

Original Sentence: Time served imprisonment on each count concurrently, 3 Years of supervised release on each count concurrently

Special Conditions: Drug Treatment, Substance Abuse Testing, Mental Health Treatment, Search/Seizure, Other Condition, Special Assessment: $300.00

Type of Supervision: Supervised Release   Date Supervision Commenced: 04/12/2023

## INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to the Dominican Republic from December 28, 2024, to January 6, 2025. He will be traveling on his own to visit family. Mr. Arnaut will be staying at his uncle's home in San Francisco De Macoris during his time in the Dominican Republic.

U.S. Probation Officer Action:

Our office recommends travel request be approved. Mr. Arnaut reports as instructed, submits monthly supervision reports, and urinalysis submitted yielded negative results. Henry Arnaut has maintained stable residence and is employed with Amanecer Restaurant and Lounge in New York, New York. Mr. Arnaut is up to date on monthly reports and has fully satisfied his special assessment of $300.00. As such, he is in full compliance with the conditions of supervised release.

Prob 12A – page 2
Henry Arnaut

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   RYAN E. SHUTTS
U.S.PROBATION TECHNICAN

/ res

APPROVED:

10/10/2024

STEVE ALFREY                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ Travel Approved

☐ Travel Denied

☐ Travel Approved and all future travel requests be at the discretion of the Probation Office (as recommended by the Probation Office)

☐ Other

Signature of Judicial Officer

October 11, 2024
Date